In the Matter of the Application of the GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO, Appellants, for the Appointment of Commissioners to Ascertain the Compensation to Be Paid for Damages to Property of THOMAS E. COOLEY et al.

ERIE RAILROAD COMPANY, Respondent.

*Matter of Grade Crossing Comrs.*, 66 App. Div. 439, affirmed. (Submitted June 10, 1902; decided June 24, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

January 16, 1902, which affirmed an order of Special Term refusing petitioners' application for the appointment of commissioners.

*Spencer Clinton* for appellants.

*William L. Marcy* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, VANN and WERNER, JJ. Dissenting: O'BRIEN, HAIGHT and CULLEN, JJ.